UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

03-22991

CASE NO.

**CIV-HOEVELER**

MAG. Klein

RAMIRO DEL NODAL, JR.,
an individual,

Plaintiff,

vs.

THE CITY OF HIALEAH,
FLORIDA, a municipal corporation,

Defendant.
_____/



FILED BY
03 NOV 10 PM 4:14
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI
D.C.

## COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

Plaintiff, RAMIRO DEL NODAL, JR. (hereinafter referred to as "DEL NODAL"), by and through his undersigned counsel, files this Complaint for Damages and Demand for Trial by Jury against the Defendant, THE CITY OF HIALEAH (hereinafter referred to as the "CITY"), a municipal corporation, and alleges as follows:

### Jurisdiction

1.  This action is brought seeking declaratory judgment, injunctive relief, and damages pursuant to 42 U.S.C. § 1983, 28 U.S.C. §§ 2201, 2202 and the Fourteenth Amendment of the United States Constitution.

2.  Jurisdiction is predicated upon the following: 28 U.S.C. §§ 1331, 1343 (a)(3) and (4), 42 U.S.C. § 1983; and the Fifth and Fourteenth Amendments to the United States Constitution. This claim arose in the Southern District of Florida, and thus, venue is appropriate under 28 U.S.C. § 1391(b).



3. This action seeks redress for the deprivation of Plaintiff's constitutional and civil rights, which are guaranteed by the Due Process Clause of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States, and additionally, by 42 U.S.C § 1983.

4. This action is brought to redress a deprivation of Plaintiff's civil rights by Defendant, acting under color of state law, statutes, ordinances, and regulations. The federal claims hereinafter set forth derive from a common nucleus of operative facts.

## Parties

5. Plaintiff, DEL NODAL, is a citizen of the United States and of the State of Florida, and is a resident of the Miami-Dade County, State of Florida.

6. Defendant, the CITY of Hialeah, is a municipality organized and existing under the laws of the State of Florida, located within Miami-Dade County.

## Facts Common to All Counts

7. Plaintiff worked as a City of Hialeah Police Officer from March 1996 to August 3, 2000, when he was terminated from his employment by Mayor Raul Martinez upon recommendation by the City's Police Chief.

8. In February, 2000 criminal charges were filed against Officer DEL NODAL. Shortly thereafter, Plaintiff, DEL NODAL, was terminated from his employment while the criminal charges were still pending.

9. On or about July 1999, two other employees of the CITY of Hialeah Police Department, who are the sons of the Police Chief, also had criminal charges brought against them by the Miami-Dade County State Attorney's Office.

10. However, at no time were the sons of the Police Chief terminated from their

employment. In fact, at first they were merely suspended <u>with</u> pay. Subsequently, they were allowed back to work while their criminal charges were still pending.

11. For purposes of discriminatory discipline by Defendant, the CITY of Hialeah, the sons of the Police Chief were similarly situated to Plaintiff, DEL NODAL.

## **VIOLATION OF THE EQUAL PROTECTION CLAUSE**

12. Plaintiff readopts and realleges paragraphs 1 through 12 as if set forth fully herein and further alleges:

13. Plaintiff, DEL NODAL, was terminated from his employment with the CITY of Hialeah Police Department, while he had criminal charges pending against him. DEL NODAL was subsequently found not guilty of any and all criminal charges.

14. Other employees of the CITY of Hialeah, who at the time had criminal charges pending against them and are related to the Defendant's Police Chief, were not terminated from their employment while the criminal charges were pending and, in fact, remained in full pay status pending the disposition of their criminal case.

15. In fact, these employees were allowed to remain employed and on the CITY's payroll throughout their criminal prosecution. These employees are similarly situated to DEL NODAL, for purposes of discriminatory discipline by Defendant, the CITY.

16. Pursuant to the Defendant's failure to afford DEL NODAL equal treatment under the laws, Defendant violated the provisions of the Equal Protection Clause of the Constitution of the United States, as applicable to the Fifth and Fourteenth Amendments and 42 U.S.C. § 1983. Therefore, Defendant's actions, by and through its officials, employees and/or agents. constitute a violation of clearly established law.

WHEREFORE, Plaintiff requests the following relief:

A. The issuance of an Order immediately reinstating Plaintiff with full back-pay and all other benefits and emoluments of his employment retroactive to date of termination, and ordering Defendant, its agents and successors, to cease and desist from interfering with Plaintiff's liberty and property rights under the Due Process Clause of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States.

B. Entry of a judgment declaring that Defendant has violated Plaintiff's rights to Equal Protection under the laws, ordering Plaintiff's immediate reinstatement with full benefits and back-pay retroactive to date of termination, together with costs and attorney's fees.

C. Compensatory damages, punitive damages, attorney's fees and costs pursuant to 42 U.S.C. § 1988 and other applicable law, and any other relief this Honorable Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

WHEREFORE, Plaintiff, DEL NODAL, submits this demand for jury trial for all issues triable of right by a jury pursuant to Rule 38, Fed.R.Civ.P.

Dated this 26th day of October, 2003.

LAW OFFICES OF ROSIE LOY-PEREZ, P.A.
Counsel for Plaintiff
1550 Madruga Avenue
Suite 410
Coral Gables, Florida 33146
Telephone: (305) 661-8930
Facsimile: (305) 661-8935

and

TERI GUTTMAN VALDES, P.A.
Co-Counsel for Plaintiff
1550 Madruga Avenue
Suite 323
Coral Gables, Florida 33146
Telephone: (305) 740-9600
Facsimile: (305) 740-9202

By: _____
Rosie Loy-Perez
Fla. Bar No. 165247
Teri Guttman Valdes
Fla. Bar No. 0010741

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET 03-22991

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV-HOEVELER

**I.(a) PLAINTIFFS**

RAMIRO DEL NODAL, JR.,
an individual

**DEFENDANTS**

THE CITY OF HIALEAH FLORIDA,
a municipal corporation.

MAG Klein

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

03cx 22991 Hoeveler/Klein

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Law Offices of Rosie Loy-Perez, P.A.
1550 Madruga Ave., #410, Coral Gables.

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   **DADE**,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE   HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury Product Liability | | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | | |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions A OR B |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 U.S.C. Sec. 1983.

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**   CHECK IF THIS IS A **CLASS ACTION**   ☐ UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint:   **JURY DEMAND:**   ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   11-6-2003

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

$150.00   892097

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

11/12/03